# EXHIBIT A



# STATE OF MAINE
## November 5, 2024 General Election
## NON-PARTY NOMINATION PETITION
### *Slate of Presidential Electors*

<div style="border:1px solid">
DATE FILED
With Secretary of State
</div>

Name of **Presidential Candidate**: _____   _____   _____
(Please Print)                          (Last Name and Suffix, if any)              (First Name)        (Middle Name or Initial)

Voting Residence of Candidate for President: _____   _____
                                                          (City/Town)                          (State)

Mailing Address of Presidential Candidate: _____

Name of **Vice-Presidential Candidate**: _____   _____   _____
(Please Print)                              (Last Name and Suffix, if any)          (First Name)       (Middle Name or Initial)

Voting Residence of Candidate for Vice President: _____   _____
                                                               (City/Town)                        (State)

Mailing Address of Vice-Presidential Candidate: _____

Political Designation: _____
(Not more than 3 words in length, cannot use the candidate's name or the designation of a qualified party, cannot use obscene language, etc.) *See 21-A MRS §354(1)*

### Names of Presidential Electors must be placed on the petition as a slate. (Please Print)

_____                    _____
(First Congressional District)                                  (Second Congressional District)

_____                    _____
(At-Large)                                                            (At-Large)

### Petition must be submitted to municipal registrar for certification prior to filing with Secretary of State.
*Deadline for submitting petitions to municipal registrar for certification: 5 p.m., July 25, 2024*
*Deadline for filing petitions and Candidate's Consent forms for each Elector with Secretary of State: 5 p.m., August 1, 2024*

- Every voter must sign the petition in the circulator's presence.
- Registered voters physically unable to sign, who have filed an alternative signature statement per 21-A MRS §153-A, may direct another Maine registered voter to sign the petition in their presence. The authorized individual must sign their name, the assisted voter's name, attest to signing on the voter's behalf, and complete all information on both lines (for the voter and the assistant).
- For more information, please contact the Division of Elections at (207) 624-7650.

| For Registrar use only | Signature of Voter (Not Printed Name) | Printed Name of Voter (Not Signature) | Date Signed | Actual Street Address (Not P.O. Box) | Municipality (Where Registered) |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

| For Registrar use only | Signature of Voter (Not Printed Name) | Printed Name of Voter (Not Signature) | Date Signed | Actual Street Address (Not P.O. Box) | Municipality (Where Registered) |
|---|---|---|---|---|---|
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |
| 33. | | | | | |
| 34. | | | | | |
| 35. | | | | | |

## Circulator's Oath

I hereby make oath that I am the Circulator of this petition; that I personally witnessed all of the signatures to this petition; and, to the best of my knowledge and belief, each signature is that of the person whose name it purports to be, and is a resident of the electoral division named in the petition.  If any voter was unable to sign due to a physical disability, I hereby verify, that the voter authorized another voter to sign at the voter's direction and in the voter's presence.

Signature of Circulator _____       Printed Name of Circulator _____

Signature of Notary _____       Printed Name of Notary _____

Subscribed to and sworn before me on this date: _____       Date my Notary Commission expires: _____
(Date must be completed by Notary)

## Registrar's Certification

Municipality _____       TOTAL VALID _____       TOTAL INVALID _____

I hereby certify that the names of all the petitioners listed as valid appear on the voting list as registered voters in this municipality, in the electoral division named in the petition.

| DATE & TIME PETITION RECEIVED: |
|---|

Signature of Registrar: _____

Date petition certified: _____

Each Presidential Elector candidate must also file a *Non-party Candidate's Consent and Certification of Unenrollment for Presidential Elector* form for the November 5, 2024 General Presidential Election by 5 p.m. on August 1, 2024.

(Rev. 12/23)