# EXHIBIT B

**Dianne Wilkins <dianne@kennedyme.com>**  2/13/2024 10:32 AM

# URGENT: SOS just shut down Maine Primary Elections Petitioning on March 5th!

To David Owen <david@publicappeal.com> • Nick@teamkennedy.com <nick@teamkennedy.com> • Paul Rossi <paul-rossi@comcast.net> • Paul ROSSI <paularossi@comcast.net>   Copy Laura Morris <laura@kennedyme.com> • Laura Morris <laura@teamkennedy.com> • Will Boothby <will@kennedyme.com> • Will Boothby <will@teamkennedy.com>

Hi All,

I had previously called and spoken to the town Clerk of each of our 7 primary election polling locations for March 5th, and had gotten their town specific information about petitioning at their primary locations (i.e. 1 vs 2 people allowed at table, if they provide tables/chairs, if we can have a table sign, if we need to provide contact person or names etc). I had set-up a captain for each poll location, and already have many petitioners who have committed to staff a poll shift. I have also already arranged for a notary for most of the poll locations. We were planning to get 1,000 sigs or more from this endeavor.

This morning I received a call from the Saco town Clerk, Michele Huges who is one of the 7 towns I had already called. She apologized and said she had gotten an email from the SOS office late yesterday afternoon that specifically said Clerks were not to let those with "presidential nomination petitions" at their primary polling locations as it was unduly "influencing" the voters. Michele called the SOS office to confirm this policy and spoke with Heidi Peckham (624-7650) of the SOS's elections division and she confirmed this was the SOS's decision.

Since it is related, I want to relay a story about a similar exchange that happened previously in January 12th with the Portland Clerks office where the Clerk at first refused to let us petitions, then when it was explained that our potential candidate was not on their ballot and could not even become a candidate without signatures, she then wrote back that *we were able to petition* in Portland on March 5th.

At that time in January, I believe the Portland clerk had also called the SOS and apparently at that the SOS must have told the Portland Clerk (Ashley) that we could petition as that is what was relayed to us in this email exchange.. A month later, yesterday, we get this email form the same Portland Clerk, where she had reversed her decision to allowed petitioning after some explaining; then yesterday on Feb 12th sent out this email:

> From: **Ashley Rand** <arand@portlandmaine.gov>
> Date: Mon, Feb 12, 2024 at 3:55 PM
> Subject: Re: Access to inside election locations
> To: Laura Morris <laura@kennedyme.com>
> Cc: Ashley York <ashley@teamkennedy.com>, Dianne Wilkins <dianne@kennedyme.com>, Nick Brana <nick@teamkennedy.com>, Will Boothby <will@kennedyme.com>
>
> Hi Laura!
>
> I just wanted to follow up with this request for collecting signatures at the polling locations in Portland. The Secretary of State's Office has let us and other municipalities know that no collection of signatures can happen at the March 5, 2024 Presidential Primary because they would be considered the same office and it runs the risk of influence to the voters.
>
> So unfortunately, no signature collection can happen at our polling locations for any candidate that is campaigning for President in 2024, regardless if they appear on this ballot or not.
>
> Sorry for the confusion.
>
> Thank you!
> Ashley

On Fri, Jan 12, 2024 at 12:23 PM Laura Morris <laura@kennedyme.com> wrote:

Thank you. I will send that information as soon as I have it and in plenty of time for you to forward it to the Wardens.

On Fri, Jan 12, 2024 at 12:11 PM Ashley Rand <arand@portlandmaine.gov> wrote:

Ok!In this case, if the Candidate is not going to appear on the March ballot you can set up a petitioner at each polling location to collect signatures.

Depending on space, some have to be inside (as voters exit) and some are outside of the building. Due to space please only send one petitioner to each polling location.

We need a list of the petitioner names, which polling location they will be at, the times they will be there, and what the petition is for.

I will then let each of my Wardens know who is going to be where.

Thank you!
Ashley

Please let us know how to proceed...should we stop our planning for March 5th (although its pretty much all organized already) and if legal will pursue an immediately solution to this crazy situation of not letting Citizens collect signatures in order to run for office!!

- Dianne Wilkins