# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| TEAM KENNEDY, | Civil Action #1:24-cv-00052 |
| Plaintiff, | |
| | First Declaration of |
| vs. | David Stuart Owen |
| | |
| SHENNA BELLOWS, in her official capacity as the Maine Secretary of State | |
| | Filed Electronically |
| Defendant. | |

## FIRST DECLARATION OF DAVID STUART OWEN

I, David Stuart Owen, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury as follows:

1. All statements in this Declaration are true to the best of my own personal knowledge or to the best of my information and belief, and if made on the basis of information I have obtained, I believe that information to be true.

2. I am over eighteen years of age and a resident of the State of North Dakota. I currently reside at 803 North 24th Street, Grand Forks, North Dakota, 58203.

3. I am a professional petition circulator and manager who collects signatures on ballot access petitions to secure ballot access for candidates and initiative and referendum petitions.

4. I am compensated by my clients to collect valid petition signatures on ballot access petitions.

5. I have collected petition signatures on ballot access petitions for candidates in Maine.

6. In 2023, I personally collected ballot access petition signatures in Maine for presidential candidates Dean Phillips seeking access to Maine's 2024 Democratic primary election ballot and Doug Bergum, Vivek Ramaswamy and Ryan Binkley seeking access to Maine's 2024 Republican primary election ballot.

7. I personally collected ballot access petitions for presidential candidates Phillips, Bergum, Ramaswamy and Binkley at the polls during Maine's November 7, 2023, general election, inside the polling locations at tables provided by the state.

8. Specifically, I worked to collect ballot access petition signatures for Phillips, Bergum, Ramaswamy and Binkley at the Green Ladle, 156 East Avenue in Lewiston, Maine.

9. The elections staff permitted me to collect ballot access signatures, for presidential candidates seeking their party's nomination, inside the polling location, at Green Ladle for 8 hours.

10. During the 8-hour shift at Green Ladle, I collected 365-370 signatures.

11. Working inside the polling location increases the number of signatures I am normally able to collect, as access to registered voters and the warm environment is conducive to a significantly more efficient signature collection process.

12. When I collect ballot access petition signatures outside of a polling location, I usually average about 45 signatures for a full 8-hour shift.

13. Under normal circumstances, when I am permitted to collect ballot access petition signatures inside a polling location, I am able to charge a lower per-signature rate to the client because the signature rate is significantly higher on election day at the polling location, than when I collect ballot access petition signatures at other available locations.

14. Typically, under normal circumstances, I am able to charge, almost 50% less per raw signature when I am permitted to work inside the polling location than when I work other legal locations.

15. The reduction in cost per signature collected at a polling location is made-up for by the higher volume of valid petition signatures and the increased volume in traffic.

16. Further declarant sayeth naught.

I David Stuart Owen verify under penalty of perjury that the foregoing is true and correct.

Executed this __27__ day of February, 2024

*/s/ David Stuart Owen*

David Stuart Owen