IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| TEAM KENNEDY, | : |
| | : Civil Action #1:24-cv-00052 |
| Plaintiff, | : Judge Woodcock |
| | : |
| vs. | : First Declaration of |
| | : Laura Morris |
| SHENNA BELLOWS, in her official | : |
| capacity as the Maine Secretary of State | : |
| | : |
| Defendant. | : *Filed Electronically* |

I, Laura Morris, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury as follows:

1. All statements in this Declaration are true to the best of my own personal knowledge or to the best of my information and belief, and if made on the basis of information I have obtained, I believe that information to be true.

2. I am over eighteen years of age and am mentally and physically able to provide truthful testimony in the above captioned matter.

3. Robert F. Kennedy Jr. is an announced independent candidate for the Office of President of the United States.

4. I am a member of the ground campaign for Team Kennedy in Maine working to secure ballot access for Mr. Kennedy's slate of presidential electors to appear on Maine's 2024 general election ballot for the Office of President of the United States.

5. Since at least January, I have been working to organize the collection of signatures on petitions required to be used by Maine's Secretary of State to nominate Mr. Kennedy's slate of presidential electors.

6. In order to secure ballot access in the State of Maine, Team Kennedy must collect a minimum of 4,000 signatures on petitions nominating Mr. Kennedy's slate of presidential electors to appear on Maine's 2024 general election ballot.

7. However, Maine and the Secretary of State prohibit Team Kennedy from collecting and filing more than 5,000 raw signatures in order to meet the minimum of 4,000 valid petition signatures.

8. Only registered voters may validly sign a petition to nominate Mr. Kennedy's slate of presidential electors.

9. As a result, to secure ballot access on Maine's 2024 general election ballot, it is critical to only let registered voters sign the nomination petitions for Mr. Kennedy's slate of presidential electors.

10. When collecting ballot access petition signatures on the street or at other non-polling locations, I have no way of knowing if a person is an actual registered voter permitted to lawfully sign the nomination petition for Mr. Kennedy's slate of presidential electors.

11. While I can ask if a person is a registered, sometime they provide answers which are not correct, as some people do not know if they are, in fact registered voters permitted to sign a ballot access petition.

12. It is only at the polling locations for the 2024 presidential primary election and the June primary election for all other candidates that I can be sure that the people I am asking to sign the ballot access petition for Mr. Kennedy's slate of presidential electors is an actual registered voter permitted to provide a valid petition signature – because only registered voters are permitting to cast ballots inside the polling locations during the two primary elections conducted by Maine in 2024.

13. The best place to engage and communicate with a large number of individuals with the highest proportion of registered is at the polls during Maine's 2024 presidential and June primary elections.

14. Team Kennedy's strategy to collect 4,000 valid signatures out of the maximum number of 5,000 raw signatures permitted to be collected and filed with the Secretary of State, is to post all of our volunteers, at different polling locations at both of the primary elections conducted by Maine in 2024 – the presidential primary election held on March 5, 2024 and the June primary election for all other political party candidates.

15. By manning different polls during both the 2024 presidential primary election and Maine's 2024 June primary election for all other candidates and offices, Team Kennedy can expand the total number of registered voters we can communicate with, and, hopefully, collect signatures from by a factor of 100%.

16. When working inside polling locations, I intend to only ask for signatures from voters who are in the process of leaving the polls.

17. I personally worked to secure access to polling locations for Team Kennedy members to collect ballot access petition signatures during the 2024 presidential primary election.

18. In order to be able to collect ballot access petitions inside polling locations, it is required to reach out, in advance, to the various town clerks to let them know that we would like to collect ballot access petition signatures and secure their permission.

19. Town clerks had initially communicated to me that since we were only collecting signatures for ballot access petitions, we would be permitted to collect petition signatures inside the polling locations during the 2024 presidential primary election because such conduct was not considered electioneering.

20. Then, suddenly, all of the town clerks reversed their position reporting to me that the Secretary of State, on or about February 12th has ordered them to

prevent independent presidential candidates from collecting ballot access petition signatures during the 2024 presidential primary election.

21. Mr. Kennedy's slate of presidential electors is not seeking the office of president of the United States.

22. Mr. Kennedy's slate of presidential electors is only seeking access to Maine's 2024 general election ballot to be elected to the electoral college so that they may secure the privilege to vote for, and elect, the next president of the United States.

23. None of the individuals who are members of Mr. Kennedy's slate of presidential electors are running for any office on Maine's 2024 presidential primary election.

24. None of the individuals who are members of Mr. Kennedy's slate of presidential electors will have their names printed on Maine's 2024 primary election ballot.

25. Further, declarant sayeth naught.

I, Laura Morris, verify under penalty of perjury that the foregoing is true and correct.

**Executed this** _28th_ **day of February, 2024**

_____
Laura Morris