IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| TEAM KENNEDY, | : Civil Action #1:24-cv-00052 |
| Plaintiff, | : Judge Woodcock |
| vs. | : First Declaration of |
| | : Dianne Wilkins |
| SHENNA BELLOWS, in her official capacity as the Maine Secretary of State | : |
| Defendant. | : Filed Electronically |

## FIRST DECLARATION OF DIANNE WILKINS

I, Dianne Wilkins, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury as follows:

1. All statements in this Declaration are true to the best of my own personal knowledge or to the best of my information and belief, and if made on the basis of information I have obtained, I believe that information to be true.

2. I am over eighteen years of age and am mentally and physically able to provide truthful testimony in the above captioned matter.

3. I am a resident of the State of Maine.

4. I reside at 9 Lakeside Drive, Falmouth, Maine.

5. Robert F. Kennedy Jr. is an announced independent candidate for the Office of President of the United States.

6. I am a member of the ground campaign for Team Kennedy in Maine working to secure ballot access for Mr. Kennedy's slate of presidential electors to appear on Maine's 2024 general election ballot for the Office of President of the United States.

7. Since at least January, I have been working to organize the collection of signatures on petitions required to be used by Maine's Secretary of State to nominate Mr. Kennedy's slate of presidential electors.

8. In order to secure ballot access in the State of Maine, Team Kennedy must collect a minimum of 4,000 signatures on petitions nominating Mr. Kennedy's slate of presidential electors to appear on Maine's 2024 general election ballot.

9. However, Maine and the Secretary of State has prohibited Team Kennedy from collecting and filing more than 5,000 raw signatures in order to meet the minimum of 4,000 valid petition signatures.

10. Only registered voters may validly sign a petition to nominate Mr. Kennedy's slate of presidential electors.

11. As a result, to secure ballot access on Maine's 2024 general election ballot, it is critical to only let registered voters sign the nomination petitions for Mr. Kennedy's slate of presidential electors.

12. When collecting ballot access petition signatures on the street or at other non-polling locations, I have no way of knowing if a person is an actual registered voter permitted to lawfully sign the nomination petition for Mr. Kennedy's slate of presidential electors.

13. While I can ask if a person is a registered, sometimes they provide answers which are not correct, as some people do not know if they are, in fact registered voters permitted to sign a ballot access petition.

14. It is only at the polling locations for the 2024 presidential primary election and the June primary election for all other candidates that I can be sure that the people I am asking to sign the ballot access petition for Mr. Kennedy's slate of presidential electors are actual registered voter permitted to provide a valid petition signature – because only registered voters are permitting to cast ballots inside the polling locations during the two primary elections conducted by Maine in 2024.

15. The best place to engage and communicate with a large number of individuals with the highest proportion of registered is at the polls during Maine's 2024 presidential and June primary elections.

16. Team Kennedy's strategy to collect 4,000 valid signatures out of the maximum number of 5,000 raw signatures permitted to be collected and filed with the Secretary of State, is to post our volunteer petition circulators, at different

polling locations at both of the primary elections conducted by Maine in 2024 -- the presidential primary election held on March 5, 2024 and the June primary election for all other political party candidates.

17. By manning different polls during both the 2024 presidential primary election and Maine's 2024 June primary election for all other candidates and offices, Team Kennedy can expand the total number of registered voters we can communicate with, and, hopefully, collect signatures from by a factor of 100%.

18. When working inside polling locations, I intend to only ask for signatures from voters who are in the process of leaving the polls.

19. I have been personally working to secure access to polling locations for Team Kennedy members to collect ballot access petition signatures during the 2024 presidential primary election. *See*, Exhibit A to this Declaration.

20. In order to be able to collect ballot access petitions inside polling locations, it is required to reach out, in advance, to the various town clerks to let them know that we would like to collect ballot access petition signatures and secure their permission.

21. Town clerks had initially communicated to me that since we were only collecting signatures for ballot access petitions, we would be permitted to collect petition signatures inside the polling locations during the 2024 presidential primary

election because such conduct was not considered electioneering. *See*, Exhibit A to this Declaration.

22. As of February 12, 2024, Scarborough's municipal clerk, Yolande Palmer Justice, initially confirmed that, because Team Kennedy was only collecting ballot access petitions, we would, in fact, be permitted to collect petition signatures inside the polling locations during Maine's 2024 presidential primary election. *See*, Exhibit A to this Declaration.

23. As of February 12, 2024, Windham's municipal clerk, Linda S. Morrell, initially confirmed that, because Team Kennedy was only collecting ballot access petitions, we would, in fact, be permitted to collect petition signatures inside the polling locations during Maine's 2024 presidential primary election. *See*, Exhibit A to this Declaration.

24. As of February 12, 2024, Wells' municipal clerk, Brenda Layman, initially confirmed that, because Team Kennedy was only collecting ballot access petitions, we would, in fact, be permitted to collect petition signatures inside the polling locations during Maine's 2024 presidential primary election. *See*, Exhibit A to this Declaration.

25. As of February 12, 2024, Saco's municipal clerk, Michele L. Hughes initially confirmed that, because Team Kennedy was only collecting ballot access petitions, we would, in fact, be permitted to collect petition signatures inside the

polling locations during Maine's 2024 presidential primary election. *See*, Exhibit A to this Declaration.

26. On February 13, 2024, Saco's municipal clerk reversed his decision to permit Team Kennedy to collect ballot access petition signatures inside Saco's polling location during Maine's 2024 presidential primary due to instructions from the Maine Secretary of State. *See*, Exhibit A to this Declaration.

27. As of February 9, 2024, I submitted all of the required paperwork to collect ballot access petition signatures at the Topsham polling location for the 2024 presidential primary election. *See*, Exhibit A to this Declaration.

28. On February 13, 2024, Topsham's municipal clerk emailed me revoking his consent to collect ballot access petition signatures for Mr. Kennedy's slate of presidential electors during the 2024 presidential primary election. *See*, Exhibit A to this Declaration.

29. As of February 9, 2024, Lewiston's municipal clerk, Kathleen M. Montejo initially confirmed that, because Team Kennedy was only collecting ballot access petitions, we would, in fact, be permitted to collect petition signatures inside the polling locations during Maine's 2024 presidential primary election. *See*, Exhibit A to this Declaration.

30. Then, suddenly, on or about February 13, 2024, all of the town clerks reversed their position reporting to me that the Secretary of State, on or about

February 12th has ordered them to prevent independent presidential candidates from collecting ballot access petition signatures during the 2024 presidential primary election. *See*, Exhibit A to this Declaration.

31. Mr. Kennedy's slate of presidential electors is not seeking the office of president of the United States.

32. Mr. Kennedy's slate of presidential electors is only seeking access to Maine's 2024 general election ballot to be elected to the electoral college so that they may secure the privilege to vote for, and elect, the next president of the United States.

33. None of the individuals who are members of Mr. Kennedy's slate of presidential electors are running for any office on Maine's 2024 presidential primary election.

34. None of the individuals who are members of Mr. Kennedy's slate of presidential electors will have their names printed on Maine's 2024 primary election ballot.

35. Further, declarant sayeth naught.

I, Dianne Wilkins, verify under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of February, 2024

_____
Dianne Wilkins

# EXHIBIT A
# WILKINS DECLARATION

Dianne Wilkins
9 Lakeside Drive
Falmouth, ME 04105
dianne@kennedyne.com
Personal Notes: re: organizing petitioners for March 5, 2024 Maine Primary Elections

## Chosen Towns & Reasons to Staff Election Polling Locations:

All of these towns have a Single Polling Location so numbers are true for entire town

| Primary Election Town | County | Address | Town Clerk Phone | Time of Polls | Poll #s for Venue |
|---|---|---|---|---|---|
| Windham | Cumberland | 406 Gray Road | Windham H.S. BIG GYM | | 6:30am | Poll #s D=4253, R=4024, Indep=3953 |
| Scarborough | Cumberland | 11 Municipal Drive | Scarborough H.S. | | 6:30am | Poll # D=6838, R=4462, Indep=3142 |
| Wells | York | 1470 Post Road | Wells Junior High Gym…. | | 7:45am | Pol # **D=3168** R=2463, **Indep=3348** |
| Saco | York | 438 Main Street | Thornton Academy | | 6:30am | Poll #s D=6130, R=3337, Indep=3962 |
| Topsham | Sagadahoc (Midcoast) | 68 Eagles Way | Mt Ararat H.S. Gym | | 7:45am | Poll #s D=2927, R=1884, Indep=2261 |
| Bangor | Penobscot (Northern) | 515 Main Street | Cross Insurance Center Arena | | 6:30am | Poll # D=7428, R=5046, Indep=5206 |
| Lewiston | Androscoggen (Central) | 145 Birch Street | Longley School | | 6:30am | Poll # D=4437, R=1894, Indep=2029 |

Note: The table appears with an extra column between Address and Time of Polls labeled "Town Clerk Phone" which is blank for all rows. Columns as shown: Primary Election Town | County | Address | Town Clerk Phone | Time of Polls | Poll #s for Venue. The "Town Clerk Phone" column entries above (Windham H.S. BIG GYM, etc.) actually belong under the venue description; the table structure is: Town | County | Address | Venue | Town Clerk Phone (blank) | Time of Polls | Poll #s.

**Contact & Specific local poll requirements for Chosen Towns regarding staffing petitioners at their poll:**

| Town | Clerk / Registrar | Notes |
|---|---|---|
| **Scarborough**<br>Petitioner Shifts:<br>6:45 - 10:45am<br>3-7:30pm | Municipal Clerk<br>Yolande Palmer Justice<br>259 US Rte 1<br>PO Box 360<br>Scarborough, ME 04070<br>Phone: (207) 730-4020<br>Fax: (207) 730-4033<br><br>Municipal Registrar<br>Same as Clerk | • Confirmed with town Clerk (2-12-24)<br>• 6:45am shift start<br>• 2 petitioners per shift<br>• can have sign to hang off the table!<br>• I gave my name as the contact person/phone/email<br>• So need 2 petitioners for the 6:45-10am shift and 2 people for 3-7 shift!<br><br>Notary Public **Rosemarie De Angelis $120 check/cash will meet petitioners at Starbucks after both shifts**<br><br>OR<br>Notary: 9-4pm<br>$ UPS 201 Us Rt 1 (only from 9-4pm walk-ins only) $12.50 per document need checks/cash and no appointments<br>Phone: (207) 883-9087<br>store3781@theupsstore.com |
| **Windham**<br>Petitioner Shifts:<br>6:45 - 10:45am<br>3-7:30pm | Linda S. Morrell, Municipal Clerk<br>8 School Rd<br>Windham, ME 04062<br>Phone: (207) 892-1900<br>Fax: (207) 892-1914 | • Confirmed with town Clerk (2-12-24)<br>• 6:45am shift start at Big Gym<br>• 2 petitioners per shift<br>• can have sign to hang off the table!<br>• Need to bring table & chair |

2

| | | |
|---|---|---|
| | Judith H. Vance, Municipal Registrar<br>8 School Rd<br>Windham, ME 04062<br>(207) 892-1900<br>(207) 892-1914 | **Notary:**<br>• $ UPS: 824 Roosevelt Trail Phone $10 per doc: (207) 892-6024<br>store0629@theupsstore.com<br>OR<br>• **Town Office 8 Schools is OPEN on Primary from 7am to 6pm, $5 per doc, don't have to be resident!! Town Clerk at town hall, 8 School Street, open till 7pm on Tuesdays "offer free Notary services to residents and non-residents ($5 fee per seal), need valid ID. Appointments are not necessary.**<br>• So need 2 petitioners for the 6:45-10am shift and 2 people for 3-7 shift! |
| **Bangor**<br>6:45am - 10:30<br>3pm-7pm<br>**NEED TABLE** | Municipal Clerk<br>Lisa J. Goodwin<br>73 Harlow Street<br>Bangor, ME 04401<br>Phone: (207) 992-4200<br>Fax: (207) 945-4449<br><br>Municipal Registrar<br>Same as Clerk | • called Friday 2-9-24 spoke to clerk Lisa Goodwin will get back to me (claims to need to ask SOS),<br>• also spoke to Brandon on Monday 2-12-24 and said will email me with any special instructions but still has not done so:<br>• *Bangor Clerk emailed 2-13-24 to say SOS won't allow us to petition at the poll*<br><br>Notary:<br>$ UPS 499 Broadway, Bangor 207-947-9999<br>Notary 10am-4pm, $8 per doc<br><br>Meet-up at Dunkins 327 Main Street, Bangor |

3

| **Wells:** 1470 Post Road Wells Junior High Gym<br>7:45am - 11:45<br>3pm-7pm<br><br>**NEED TABLE** | Brenda Layman, Municipal Clerk<br>208 Sanford Rd<br>Wells, ME 04090<br>Phone: (207) 646-2882<br>Fax: (207) 361-1096<br><br>Kerri Van Schaack, Municipal Registrar<br>208 Sanford Rd<br>Wells, ME 04090<br>(207) 646-2882<br>(207) 361-1096 | - Confirmed with town Clerk (2-12-24)<br>- Bring table 3x3ft & chair<br>- 7:45am shift start<br>- 2 people per shift<br>- can have sign<br><br>Notary: $200 check Carrie Tracy 207-468-2965 or $100 for just the 2nd shift…. meet at Dunkins (45 Portland Road) base<br><br>OR:<br><br>CALL Check Christine DeAngelis<br>Finance Department<br>Title: Assistant Tax Collector/ BMV<br>Phone: 207-646-5113<br>Additional Phone: 207-361-8875<br><br>Email |
| --- | --- | --- |
| **Saco:** 438 Main Street, Thornton Academy<br>6:45am - 10:30<br>3pm-7pm<br><br>**NEED TABLE** | Michele L. Hughes<br>Municipal Clerk<br>300 Main Street<br>Saco, ME 04072<br>Phone: (207) 284-4831<br>Fax: (207) 282-8202<br><br>Municipal Registrar, Same as Clerk | - Confirmed with town Clerk (2-12-24)<br>- **_Called me to revoke permission 2-13-24 due to SOS_**<br>- 6:30-6:45 start<br>- 2 people per shift<br>- Bring table & chair<br>- Can have sign<br><br>Notary:<br><br>$200 check Carrie Tracy 207-468-2965 or $100 for just the 2nd shift…. meet at Dunkins (24 Maine Turnpike Southbound |

4

## NEED TABLE

| | | |
|---|---|---|
| | | closes at 8 Portland Road) base<br><br>$UPS: 4 Scamman St Ste 19: $10 per sig but only notary at 10am-3pm (takes walk-ins, no appoints wait time up to 30minutes)<br>Phone: (207) 282-1011<br>store0591@theupsstore.com<br><br>Or try (603) 496-8831) Chickadee<br>207-370-0020<br>Laura@ChickadeeNotary.com |
| **Topsham**<br>7:45-11:45am<br>3-7pm | Municipal Clerk<br>Linda Jean Dumont<br>100 Main Street<br>Topsham, ME 04086<br>Phone: (207) 725-5821<br>Fax: (207) 725-1733<br><br>Municipal Registrar<br>Same as Clerk | - Spoke to Clerk and Filled out town's required req form sent to via email to Clerk (2/9/24)<br>- Clerk emailed to confirm 2-12-24<br>- **Topsham Clerk emailed 2-13-24 to _revoke consent & say SOS won't allow us there_**<br><br>Notary:<br>$UPS call to confirm: $12, 9-4PM 135 Maine St Ste A<br>Brunswick, ME 04011<br>Phone: (207) 729-9891<br>store3338@theupsstore.com |
| **Lewiston:** 145 Birch Street, Longley School Gym<br><br>Shifts<br>6:45am -10:30<br>3-7pm | Municipal Clerk<br>Kathleen M. Montejo<br>27 Pine Street<br>Lewiston, ME 04240<br>Phone: (207) 513-3124<br>Fax: (207) 777-4621<br><br>Municipal Registrar - Same as Clerk | - Confirmed with town Clerk (2-9-24)<br>- 6:30-6:45am first come first served, arrive and go inside to table set-up in the Hallway leading up to the Gym<br>- Has tables set-up already<br>- Can hang our Sign from table<br>- Must only try to catch Only those who are coming out of voting room to sign the petition  Must call to confirm open on Primary Day? |

- The City Clerk's Office also provides **notary public** services for **Lewiston** residents who have proper identification in the form of a valid government issued photo ID

**NOTE**: We will have to contact each polling location to see if they require a list of petitioners/times/what petition for as it could be different…see email dated Jan 12, 2024 from Laura to Ashley Rand (arand2portlandmaine.gov): Ashley Rand states:

"If Candidate *is not* going to appear on the March ballot, you can set-up a petitioner at each polling location to collect signatures. Depending on the space, some have to be inside (as voters exist) and some are outside of the building. Due to space please only send one petitioner to each polling location. We need a list of the petitioners names, which polling locations they will be at, the times they will be there, and what the petition is for"

**Information from most recent registered & enrolled voters at Polling locations statewide as of 1/27/23 (https://www.maine.gov/sos/cec/elec/data/data-pdf/r-e-active.pdf)**

**Municipalities & Reasons these were *Not Chosen for us to staff petitioners*:**

**Portland:** *Too many poll locations to cover and unproductive polls as compared to these others single polls (less bang for buck) and/or very large number of D's as compared to less R/less indep

**Sanford:** 2 polls to staff to get same effect of just one of the chosen

| Sanford | York | Poll # D=1367, R=1297, Indep=1408 |
| Sanford | York | Poll # D=1453, R=1169, Indp=1488 |

**Belfast:**

| Belfast | Waldo | Poll #s D=2338, R=780, Indep=840 |

**Brunswick:** *same reason
**Augusta:** *same reason
**Farmington:** *same reason
**Bridgeton:** *same reason

6

**Yarmouth:** *same reason
**Cape E:** *same reason
**Lisbon:** not sure if worth the effort
**Biddeford:** although is a single poll location there are lots of D's less Rs and ½ #indep (this one questionable)

| Lisbon | Androscoggen | Poll # ***D=1686***, R=2058, ***Indep=1932*** |
|---|---|---|
| Biddeford | York | Poll #s D=6642, R=2480, Indep=3453 |

7