IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| TEAM KENNEDY, | :  |
| --- | --- |
|  | : Civil Action #1:24-cv-00052 |
| Plaintiff, | : Judge Woodcock |
|  | : |
| vs. | : First Declaration of Will Boothby |
|  | : |
| SHENNA BELLOWS, in her official | : |
| capacity as the Maine Secretary of State | : |
|  | : |
| Defendant. | : *Filed Electronically* |

## FIRST DECLARATION OF WILL BOOTHBY

I, Will Boothby, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury as follows:

1. All statements in this Declaration are true to the best of my own personal knowledge or to the best of my information and belief, and if made on the basis of information I have obtained, I believe that information to be true.

2. I am over eighteen years of age and am mentally and physically able to provide truthful testimony in the above captioned matter.

3. Robert F. Kennedy Jr. is an announced independent candidate for the Office of President of the United States.

4. I am a member of the ground campaign for Team Kennedy.

5. Team Kennedy is the campaign seeking to elect Robert F. Kennedy Jr., as the next president of the United States at the 2024 general election.

6. Team Kennedy is working to secure ballot access for Mr. Kennedy to appear on Maine's 2024 general election ballot for he Office of President of the United States.

7. I have been working to organize the collection of signatures on petitions required to be used by Maine's Secretary of State to nominate Mr. Kennedy's slate of presidential electors.

8. In order to secure ballot access in the State of Maine, Team Kennedy must collect a minimum of 4,000 signatures on petitions nominating Mr. Kennedy's slate of presidential electors to appear on Maine's 2024 general election ballot.

9. However, Maine and the Secretary of State prohibit Team Kennedy from collecting and filing more than 5,000 raw signatures in order to meet the minimum of 4,000 valid petition signatures.

10. Only registered voters may validly sign a petition to nominate Mr. Kennedy's slate of presidential electors.

11. As a result, to secure ballot access on Maine's 2024 general election ballot, it is critical to only let registered voters to sign the nomination petitions for Mr. Kennedy's slate of presidential electors.

12. When collecting ballot access petition signatures on the street or at other non-polling locations, I have no way of knowing for sure if a person is an

actual registered voter permitted to lawfully sign the nomination petition for Mr. Kennedy's slate of presidential electors.

13. It is only at the polling locations for the 2024 presidential primary election and the June primary election for all other candidates that I can be sure that the people I am asking to sign the ballot access petition for Mr. Kennedy's slate of presidential electors is an actual registered voter permitted to provide a valid petition signature – because only registered voters are permitting to cast ballots inside the polling locations during the two primary elections conducted by Maine in 2024.

14. The best place to engage and communicate with a large number of individuals with the highest proportion of registered is at the polls during Maine's 2024 presidential and June primary elections.

15. Team Kennedy's strategy to collect 4,000 valid signatures out of the maximum number of 5,000 raw signatures permitted to be collected and filed with the Secretary of State, is to post all of our volunteers, at different polling locations at both of the primary elections conducted by Maine in 2024 – the presidential primary election held on March 5, 2024 and the June primary election for all other political party candidates.

16. By manning different polls during both the 2024 presidential primary election and Maine's 2024 June primary election for all other candidates and

offices, Team Kennedy can expand the total number of registered voters we can communicate with, and, hopefully, collect signatures from by a factor of 100%.

17. When working inside polling locations, I and other volunteers for Team Kennedy only ask for signatures from voters who are in the process of leaving the polls.

18. Team Kennedy members do not plan on asking any voter inside polling locations to sign a ballot access petition for Mr. Kennedy's slate of presidential electors until they are moving to exit the polling location, so as to not bother them before they cast their votes.

19. Mr. Kennedy's slate of presidential electors is not seeking the office of president of the United States.

20. Mr. Kennedy's slate of presidential electors is only seeking access to Maine's 2024 general election ballot to be elected to the electoral college so that they may secure the privilege to vote for, and elect, the next president of the United States.

21. None of the individuals who are members of Mr. Kennedy's slate of presidential electors are running for any office on Maine's 2024 presidential primary election.

22. None of the individuals who are members of Mr. Kennedy's slate of presidential electors will have their names printed on Maine's 2024 primary election ballot.

23. Maine permitted political party candidates seeking their party's presidential nominations to collect signatures inside polling locations during Maine's 2023 general election.

24. Maine is permitting other candidates to collect ballot access petition signatures inside the polling locations during Maine's 2024 presidential primary election.

25. Maine's Secretary of State is permitting candidates for state and local office, seeking access to the 2024 June primary election ballot to work inside the polling locations during the 2024 presidential primary election.

26. Trailblazing Canvassers is actively seeking individuals to work inside of the polling locations during the 2024 presidential primary election to collect ballot access petition signatures for independent candidates seeking access to Maine's 2024 June primary election. *See*, Exhibit A to this Declaration, attached hereto.

27. Trailblazing Canvassers is actively seeking individuals to work inside the polling locations to collect ballot access petition signatures for Jason Cherry, who is an independent candidate running the U.S. Senate as an independent

candidate at the Old Orchard Beach, Portland, South Portland, Auburn, Lewiston, Bangor, York, Sandford, and Gorham polling locations during Maine's 2024 presidential primary election. *See*, Exhibit A to this Declaration, attached hereto.

28. Just like Mr. Kennedy's slate of presidential electors Jason Cherry's name does not appear on the 2024 presidential primary ballot and is not seeking an office for which ballots are cast during the 2024 presidential primary ballot.

29. Further, declarant sayeth naught.

I David Will Boothby, verify under penalty of perjury that the foregoing is true and correct.

**Executed this** 28th **day of February, 2024**

_____
Will Boothby

# EXHIBIT A
# BOOTHBY DECLARATION



CL maine

jobs

food/bev/hosp

favorite  hide  flag  share

Posted 11 days ago on: 2024-02-17 00:57

post | account

Contact Information:

# Election Day Polling Place Petitioners (Portland Maine and Nearby Communities)

Trailblazing Canvassers





**compensation:** $15/hour + a $100 "show-up-on-time" Bonus = $190

**employment type:** part-time

**job title:** Election Day Polling Place Petitioners

QR Code Link to This Post

Tuesday March 5th

One day- six hours of work - $190

$15/hour + a $100 "show-up-on-time" Bonus = $190
Shifts are 8am - 2pm & 2pm - 8pm

Work six hours talking to voters INDOORS at polling locations and earn $190 !!!
Get paid that day at the end of your shift.

Special Prizes for those that gather the most petition signatures.
$25 refer a friend bonus

We need people to work on election day, gathering petition signatures from voters INDOORS at polling locations sitting at a table.

Old Orchard Beach, Portland, South Portland, Auburn, Lewiston, Bangor, York, Sandford, Gorham and more

We will try to put you in the town closest to you!

Call Ted at 503-481-9052 or email ted.ircms@gmail.com to schedule an interview



Job Description:
Primarily responsible for speaking with Maine registered voters about our friend Jason Cherry, who is running for the US senate as an independent candidate. https://cherryforsenate.com/ You will be collecting signatures on his petition so that he can appear on the ballot in November 2024. You shall be the direct connection between the voters and our campaign. Jason's big issue is term limits, he believes politicians should NOT be allowed to be in office for as long as they want to be.
Successful applicants will be good communicators who are not afraid to actively engage with the public. You should have a cell phone so that we may reach you in the field and provide you with data. You should be able to follow the direction and advice of your supervisor and believe that an informed electorate makes better citizens. Be prepared for a zoom training session and some practice before you begin.